# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO: 3:07-00057 |
| v. ) | |
| ) | JUDGE ALETA A. TRAUGER |
| ) | |
| DANIEL NUTKIS, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ALLOWING DISBURSEMENT OF MONEYS DEPOSITED WITH COURT

This cause came for consideration on the United States's Motion for Disbursement of Moneys Deposited With Court in accordance with provisions of 28 U.S.C.A. §2042 (West 2013) to disburse current and future deposits in this matter from the U.S. District Court Clerk's Office for the Middle District of Tennessee to the Internal Revenue Service. For adequate cause shown, the Court finds that the Motion is well taken, and hereby orders that all payments deposited with the Clerk's Office in this matter be disbursed to the following address: IRS – RACS, Attn: Mail Stop 6261, Restitution, 333 W. Pershing Avenue, Kansas City, MO 64108.

ENTERED this  5th   day of  March   , 2013.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE